**Opinion issued May 19, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00819-CV

————————————

**MARK GROBA, Appellant**

**V.**

**GERMAN AMERICAN FARM MUTUAL INSURANCE COMPANY,
Appellee**

---

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Case No. 2009-16387**

---

## MEMORANDUM OPINION

Appellant, Mark Groba, has neither established indigence, nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See id.* Accordingly, we dismiss the appeal for want of

prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Massegale, and Huddle.